■ In the Matter of ANN PANKOWSKI et al., Appellants, v CESAR A. PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents.—Order, Supreme Court, New York County (Stanley Sklar, J.), entered on June 5, 1989, unanimously affirmed for the reasons stated by Stanley Sklar, J., without costs and without disbursements. Concur—Ross, J. P., Asch, Kassal, Wallach and Rubin, JJ.

■ JAMES B. ROGERS, JR., Appellant, v JOHN FULOP, Defendant, and LEPATNER, GAINEN & BLOCK, Respondent.—Order, Supreme Court, New York County (Myriam Altman, J.), entered on November 1, 1989, unanimously affirmed for the reasons stated by Myriam Altman, J., in her decision dated October 26, 1989, without costs and without disbursements. Concur—Ross, J. P., Asch, Kassal and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERNANDO GONZALEZ, Appellant.—Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered on December 8, 1986, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Milonas, Rosenberger, Kassal and Rubin, JJ.